**Order entered August 12, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00683-CV

## IN THE GUARDIANSHIP OF CLARENCE LAMAR NORSWORTHY, AN INCAPACITATED PERSON

**On Appeal from Probate Court Number 2**
**Dallas County, Texas**
**Trial Court Cause Nos. PR-06-3704-2 and PR-16-1331-2**

## ORDER

We **GRANT** court reporter Terri Etekochay's August 10, 2016 request to extend time to file the reporter's record and **ORDER** the reporter's record filed no later than August 12, 2016.

/s/    ELIZABETH LANG-MIERS
         JUSTICE